UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SERONO, INC.

Plaintiff

v.

FERRING PHARMACEUTICALS, INC.

Defendant

Civil Action No. 02-11832MLW

## EXHIBITS TO
## PLAINTIFF SERONO, INC.'S
## OPENING CLAIM CONSTRUCTION BRIEF

| | |
|---|---|
| Exhibit 1 | U.S. Pat. No. 4,589,402 ("the '402 patent") |
| Exhibit 2 | U.S. Pat. No. 4,845,077 ("the '077 patent") |
| Exhibit 3 | '402 Patent File History, Amendment Under Rule 115, October 15, 1985 (Amendment A) |
| Exhibit 4 | '077 Patent File History, Amendment Under Rule 115 dated Oct. 22, 1984 |
| Exhibit 5 | Taber's Cyclopedic Medical Dictionary and American Heritage Dictionary, 3rd Edition excerpts |
| Exhibit 6 | Kenigsberg et al., *Dose response using a gonadotropin releasing hormone antagonist*, 42 Fertil. & Steril., No. 1, pp. 116-26 (July 1984) |
| Exhibit 7 | Schenken et al., *Ovulation induction using "pure" follicle-stimulating hormone in monkeys*, 41 Fertil. & Steril. No. 4, 629-34 (April 1984) |
| Exhibit 8 | '077 Patent File History, Response to Final Rejection dated May 28, 1985 (Amendment B) |
| Exhibit 9 | '077 Patent File History, Amendment Under Rule 115 dated Nov. 18, 1988 (Amendment H) |
| Exhibit 10 | '077 Patent File History, Form 1449 |
| Exhibit 11 | *Kumar v. Ovonic Battery Co., Inc.*, __ F.3d __. 2003 WL 22922369 (Fed. Cir. December 11, 2003) |
| Exhibit 12 | Venturoli et al. *Induction of Ovulation and Pregnancy With HuFSH (Metrodin®) in Women with Polycystic Ovarian Disease: Summary of Clinical Experience*, Acta Euorpaea Fertilitatis, Vol. 14, n. 1, pp. 29-33 (1983) |
| Exhibit 13 | Venturoli et al., *Induction of Ovulation with "Pure" Human Urinary FSH in Patients with Chronic Anovulation and Polycystic Ovaries*, Serono Symposium (1982) |
| Exhibit 14 | Schenken et al., *Follicle-Stimulating Hormone Induced Ovarian Hyperstimulation in Monkeys: Blockade of the Luteinizing Hormone Surge*, |

|            |                                                                                                                                                                                                       |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | Journal of Clinical Endocrinology and Metabolism, Vol. 57, No. 1, pp. 50-55(1983)                                                                                                                     |
| Exhibit 15 | Hodgen, *The dominant ovarian follicle*, Fertil. & Steril., Vol. 38, No. 3, pp. 281-300 (1982)                                                                                                        |
| Exhibit 16 | Van Damme et al., *An Improved In Vitro Bioassay Method for Measuring Luteinizing Hormone (LH) Activity using Mouse Leydig Cell Preparations*, Acta Endocrinologica Vol. 77, No. 4, 655-671 (1974)   |
| Exhibit 17 | '402 Patent File History, First Office Action Mailed July 16, 1985                                                                                                                                    |
| Exhibit 18 | United States Pharmacopeia (20th Revision); National Formulary (15th Ed.) (1980)                                                                                                            |