UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA02-11832

| Serono, Inc. | Ferring Pharmaceuticals |
|---|---|
| PLAINTIFF | DEFENDANT |
| Daniel Boehnen, Grantland Drutchas, | Ronald Wawrzyn, Brian Akers, |
| Joshua Rich, Fred Kelly, Jill Uhl and | Michael Gass and Erin Joffre |
| Nicole Fiorella | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary                    REPORTER   Gibbons

CLERK'S NOTES

| DATES: | Markman Hearing |
|---|---|
| 05/25/04 | Court marks order dated 3/3/97 in CAs 96-10916 and 96-12487 as exhibit 1. Court orders the parties to subpoena for Dr. Sluss for possible testimony tomorrow morning regarding the motion to strike testimony. Plaintiff's power point tutorial for claim construction marked as exhibit 2 for identification only. Court recesses for lunch. Court resumes parties report that they have reached an agreement regarding the competing motions to strike expert witnesses. Serono will withdraw Dr. Pensius as an expert witness and will withdraw its motion to strike Dr. Sluss as an expert. Court orders the parties to file a written agreement regarding the same tomorrow morning. Court hears argument on the claim constructions. Court marks Serono's power point on claim construction as Exhibit 3. Court marks Ferring's bound volume of exhibits as exhibit 4. Court recesses until tomorrow morning at 9:30 AM. |